```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
   UNITED STATES OF AMERICA,                                 :
                                                             :
                                                             :
                -v-                                          :
                                                             :    1:21-cr-314-GHW-1
                                                             :
                                                             :
   ALPHA SHABAN,                                             :    ORDER
                                        Defendant.           :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/2021

GREGORY H. WOODS, United States District Judge:

The proceeding scheduled in this matter for September 9, 2021 at 11:00 a.m. will instead take place at 9:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: September 8, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge