```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
  UNITED STATES OF AMERICA,                                :
                                                           :
                                                           :
                     -v-                                   :           1:21-cr-314-GHW
                                                           :
                                                           :
  ALPHA SHABAN and                                         :               ORDER
  CHIAKA OGUADINMA,                                        :
                                                           :
                                    Defendants.            X
-----------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2021

GREGORY H. WOODS, United States District Judge:

The proceeding scheduled for November 19, 2021 at 4:30 p.m. will instead take place at 10:30 a.m. on the same day in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: November 5, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge