# MEMORANDUM ENDORSED

**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 6, 2022

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 2/7/2022 |

**BY ECF**

The Honorable Judge Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE:** **United States v. Alpha Shaban**
    **21 Cr. 314 (GHW)**

Honorable Judge Woods:

With the consent of the Government, I write to respectfully request that the Court adjourn Mr. Alpha Shaban's sentencing hearing until the week of March 14, 21 or 28. I am scheduled to begin trial on February 16 and expect it to last through the week of February 21. I will be available to move forward with Mr. Shaban's hearing later in March at the weeks indicated above.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Zawadi Baharanyi
Zawadi Baharanyi
Assistant Federal Defender
(212) 417-8735/ (917) 612-2753

Application granted.  The sentencing hearing is adjourned to March 17, 2022 at 10:00 a.m.  The defendant's sentencing submissions are due no later than March 3, 2022; the Government's sentencing submissions are due no later than March 10, 2022.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 55.

SO ORDERED.

Dated: February 7, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge