

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ALPHA SHABAN,

Defendant.

~~[Proposed]~~
**Order of Restitution**

21 Cr. 314 (GHW)

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Christy Slavik, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count One of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1. <u>Restitution Amount</u>**

Alpha Shaban, the Defendant, shall pay restitution in the total amount of $873,535.22, pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664, to the victims of the offense charged in Count One. The name, address, and specific amount owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of any victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

**A. Joint and Several Liability**

Restitution is joint and several with the following defendant in the following case: Chiaka Oguadinma, 21 Cr. 314 (GHW).

**2. <u>Schedule of Payments</u>**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; projected

earnings and other income of the Defendant; and any financial obligations of the Defendant; including obligations to dependents, the Defendant shall pay restitution as ordered by the Court.

**3. Payment Instructions**

Restitution payments shall be made payable to the "SDNY Clerk of Court" and delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The Defendant's name and the docket number of this case shall be written on each check or money order. Any cash payments shall be hand delivered to the Clerk of Court using exact change and shall not be mailed. For payments by wire, the Defendant shall contact the Clerk of Court for wiring instructions.

**4. Disbursement Instructions**

Pursuant to 18 U.S.C. § 3664(i), Restitution shall be paid first to the individual victims as set forth in the attached Schedule A on a pro rata basis.

**5. Additional Provisions**

The Defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Unit) of (1) any change of the Defendant's name, residence, or mailing address or (2) any material change in the Defendant's financial resources that affects the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k). If the Defendant discloses, or the Government otherwise learns of, additional assets not known to the Government at the time of the execution of this order, the Government may seek a Court order modifying the payment schedule consistent with the discovery of new or additional assets.

**6. Restitution Liability**

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

**7. Sealing**

Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of the individual victims, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk of Court, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney for the
District of New York

Date: March 17, 2022
New York, NY

By: /s/
Christy Slavik
One Saint Andrew's Plaza
New York, N.Y. 10007
Tel.: (212) 637-1113

SO ORDERED:

HONORABLE GREGORY H. WOOD
UNITED STATES DISTRICT JUDGE

3/17/2022
DATE