**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 7, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2022

# MEMORANDUM ENDORSED

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  **United States v. Alpha Shaban**
     **21 Cr. 314 (GHW)**

Dear Judge Woods,

On behalf of Alpha Shaban I write to inform the Court that Mr. Shaban was diagnosed with Malaria and Typhoid fever on October 28, 2022, and was hospitalized in Ghana from October 28 to October 30, 2022. See Exhibit A (Medical Note for Alpha Shaban). As a result of his diagnoses, Mr. Shaban has been declared unfit for travel or work for two weeks. Id.

In light of his physical condition, I ask that the Court extend Mr. Shaban's return date to the United States to November 18, 2022, a date when he can safely fly internationally without posing a risk of danger to himself or others.

Application granted.  The modification of the conditions of Mr. Shaban's supervised release contained in the Court's September 26, 2022 order, Dkt. No. 88, is amended to permit the defendant to travel from the United States to Ghana from the period from September 27, 2022 through November 18, 2022.  The other conditions of the Court's September 26, 2022 order remain in full force and effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 91.

Respectfully submitted,

/s/_____

Zawadi Baharanyi

Assistant Federal Defender

(917) 612-2753

SO ORDERED.
Dated:  November 10, 2022
New York, New York

GREGORY H. WOODS
United States District Judge